**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOHNEL M. BAILEY,                              No. C-00-1865 MMC

12              Petitioner,                         **ORDER SETTING BRIEFING SCHEDULE
                                                    ON MOTION FOR LEAVE TO AMEND
13        v.                                        PETITION AND/OR FOR ABEYANCE OF
                                                    PROCEEDINGS**
14   ANA M. RAMIREZ, Warden,

15              Respondent                          (Docket No. 82)
                                          /

16

17        Before the Court is petitioner Johnel Bailey's motion, filed December 23, 2005, for

18   leave to amend his petition for a writ of habeas corpus and/or for an order granting a stay

19   of the instant action in order to afford petitioner the opportunity to exhaust his state judicial

20   remedies as to the unexhausted issues he seeks to include in his amended petition.

21        Respondent is hereby ORDERED to file, no later than January 13, 2006, a response

22   to the above-referenced motion.  No later than January 27, 2006, petitioner may file a reply.

23   The Court will rule on the motion without a hearing unless, after reviewing the parties'

24   submissions, the Court finds that oral argument would assist the Court.

25        **IT IS SO ORDERED.**

26

27   Dated: December 28, 2005              MAXINE M. CHESNEY
                                           United States District Judge

28