**FILED**

APR 2 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNEL M. BAILEY,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ANA M. RAMIREZ, Warden,<br><br>　　　　　Respondent | No. C-00-1865 MMC<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL; DIRECTING FORMER COUNSEL TO RETURN DOCUMENTS TO PETITIONER; GRANTING PETITIONER'S MOTION FOR STAY; TERMINATING APPLICATION OF ELECTRONIC CASE FILING PROGRAM TO ACTION; DIRECTIONS TO CLERK** |

　　　　Before the Court is petitioner Johnel M. Bailey's request for substitution of counsel and for return of documents. On March 5, 2006, the State Bar of California declared Frank Prantil ("Prantil"), counsel for petitioner, not eligible to practice law. Accordingly, good cause appearing, petitioner's motion to substitute himself and proceed pro se is hereby GRANTED and Prantil is hereby ORDERED to return to petitioner forthwith all documents relating to the instant action.

　　　　Also before the Court is petitioner's motion to stay the instant action until May 9, 2006, to afford petitioner time to obtain documents from his former counsel, and to seek new counsel. Good cause appearing, said motion is hereby GRANTED.

　　　　Because petitioner no longer is represented by counsel, the Court hereby terminates application of the Electronic Case Filing program to the action. Any further documents filed in the action shall be filed with the Clerk of the Court on paper rather than

1 | electronically.

2 |     The Clerk shall serve a copy of this order on petitioner by mail.

3 |     This order terminates Docket Nos. 88 and 91.

4 | **IT IS SO ORDERED.**

5 | Dated: April 20, 2006

MAXINE M. CHESNEY
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BAILEY,

        Plaintiff,

v.

RAMIREZ,

        Defendant.

Case Number: CV00-01865 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 20, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank G. Prantil
Law Offices of Frank G. Prantil
916 2nd Street, 2nd Floor
Sacramento, CA 95814

Gregory A. Ott
Juliet B. Haley
Peggy S. Ruffra
CA State Attorney General's Office
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7004

Johnel M. Bailey #K03590
Pelican Bay State Prison
Crescent City, CA 95531

Dated: April 20, 2006

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero, Deputy Clerk